UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO GONZALEZ, on behalf of themselves and all others similarly situated,<br><br>       *Plaintiffs*,<br><br>vs.<br><br>UK CLEANERS, INC. (D/B/A TURTLE BAY CLEANERS), LA MOLL M& S, INC. (D/B/A KNICKERBOCKER CLEANERS), SOOK HYUN KIM, and JONG CHOI (a/k/a STEVE)<br>       *Defendants*. | Civil Action No.: 1:19-cv-00068-RA<br><br><br>**CONSENT ORDER<br>FOR AN EXTENSION OF TIME TO<br>ANSWER** |

  **IT APPEARING** to the Court that the Defendants, UK CLEANERS, INC., LA MOLL M& S, INC., SOOK HYUN KIM, and JONG CHOI (collectively, "Defendants") have been served with the Complaint on January 4, 2019; the Defendants' time to answer, move, or otherwise reply expires on January 25, 2019; and the parties have not obtained any previous extension.

  **IT FURTHER APPEARING** to the Court, upon application by Defendants and with the consent of Plaintiff, EDUARDO GONZALEZ, on behalf of himself and all others similarly situated, that an extension of time to answer, move, or otherwise reply to the Complaint pursuant to Federal Rules of Civil Procedure Rule 12 should be granted, it is therefore,

  **ORDERED** that Defendants' time to answer, move, or otherwise reply to the Complaint is extended until March 4, 2019.

  **AND IT IS SO ORDERED** on this _____ day of January, 2019.

                      _____
                      **Judge Ronnie Abrams, U.S.D.J.**

1

WE SO MOVE:

_____        Dated: 1/24/2019

Seokchan Kwak, Esq.
Kim, Cho & Lim, LLC
Attorneys for Defendants
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
T: (201) 585-7400
F: (201) 585-7422
seankwak@kcllawfirm.com

WE SO CONSENT:

_____        Dated: 1-24-19

Paul Hershan, Esq.
Attorney for Plaintiffs
60 East 42nd Street, Suite 4510
New York, NY 10165
T: (212) 317-1200
phershan@faillacelaw.com

2